TO: Clerk's Office
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 13 2017 ★

LONG ISLAND OFFICE

**APPLICATION FOR LEAVE TO FILE DOCUMENT UNDER SEAL**

A) If pursuant to a prior Court Order:
Docket Number of Case in Which Entered:_____
Judge/Magistrate Judge:_____
Date Entered:_____

******************************

-v.-   **CR-17 0690**

Docket Number

******************************

**SEYBERT, J.**

**TOMLINSON, M.J.**

SUBMITTED BY: Plaintiff___ Defendant___ DOJ ✓
Name: Artie McConnell
Firm Name: U.S. Attorney's Office
Address: 610 Federal Plaza
Central Islip, New York 11722
Phone Number: 631-715-7825
E-Mail Address: Artie.McConnell@usdoj.gov

INDICATE UPON THE PUBLIC DOCKET SHEET: YES___ NO ✓
If yes, state description of document to be entered on docket sheet:

B) If a **new** application, the statute, regulation, or other legal basis that authorizes filing under seal

ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY **NOT** BE UNSEALED UNLESS ORDERED BY THE COURT.

DATED: ~~Brooklyn~~          , NEW YORK

s/ Anne Y. Shields

**U.S. DISTRICT JUDGE/U.S. MAGISTRATE JUDGE**

RECEIVED IN CLERK'S OFFICE_____
                                    DATE

**MANDATORY CERTIFICATION OF SERVICE:**
A.) ___ A copy of this application either has been or will be promptly served upon all parties to this action, B.) ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation:_____; or C.) ✓ This is a criminal document submitted, and flight public safety, or security are significant concerns.
(Check one)

12/13/17
DATE

Artie McConnell/DJ
SIGNATURE