

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JAM
F. #2017R01195

*271 Cadman Plaza East*
*Central Islip, New York 11722*

December 14, 2017

By Hand

The HONORABLE A. KATHLEEN TOMLINSON
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 14 2017 ★
LONG ISLAND OFFICE

    Re:   United States v. Zoobia Shahnaz
            Criminal Docket No. 17-0690 (JS)

Dear Judge Tomlinson:

    The government respectfully submits this letter to request that the Court order that the case in the above-captioned matter be unsealed.

    Respectfully submitted,

    BRIDGET M. ROHDE
    Acting United States Attorney

By:       /s/
    Artie McConnell
    Assistant U.S. Attorney
    (631) 715-7825

Enclosure

cc:    Clerk of Court (by ECF)