JAM
F.# 2017R01195

FILED
IN CLERK'S OFFICE
U.S. ---- ---- D N.Y.

★   DEC 14 2017   ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------X

UNITED STATES OF AMERICA

- against -

ZOOBIA SHAHNAZ,

        Defendant.

----------------------------X

**PROPOSED ORDER**

CR 17-0690 (JS)

Upon the application of BRIDGET M. ROHDE, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney Artie McConnell, for an order unsealing the case.

WHEREFORE, it is ordered that the case be unsealed.

Dated: Central Islip, New York
       December 14, 2017

                                s/ A. Kathleen Tomlinson
                             _____
                             HONORABLE A. KATHLEEN TOMLINSON
                             UNITED STATES MAGISTRATE JUDGE
                             EASTERN DISTRICT OF NEW YORK