**BEFORE:** A. Kathleen Tomlinson, USMJ  **DATE:** 12-14-2017  **TIME START:** 4:58 p.m. (20 minutes)

# CRIMINAL CAUSE FOR ARRAIGNMENT / INITIAL APPEARANCE

**DOCKET #:** CR-17-690-JS-AKT      **CAPTION:** USA v. SHAHNAZ

**DEFENDANT:** Zoobia Shahnaz     Deft. #1        **COUNSEL:** Steve Zissou
_X_ Present  ___ Not Present   _X_ In custody  ___ Bail      _X_ CJA   ___ Retained   ___ Federal Defenders
___ Self Surrender

**GOVERNMENT:** Artie McConnell          **COURT REPORTER:** N/A

**INTERPRETER:** N/A (sworn) Language - 

**COURTROOM DEPUTY:** MVR

**PRETRIAL REPORT PREPARED BY:** Marnie Gerardno
**PTSO:** Marnie Gerardino   _X_ present   ___ not present

**FTR:** 4:58-5:18

_X_  **Case called.**

_X_  Defendant(s) arraigned on **Count(s)** 1, 2, 3, 4 and 5 of the  5  Count Indictment.

_X_  Defendant(s) **initial appearance**.

_X_  Defendant(s) waives public reading and pleads not guilty to **Count(s)** 1, 2, 3, 4 and 5 of the  5  Count Indictment.

___  Preliminary Hearing waiver executed.

_X_  **Speedy Trial Order** Information: Code Type: X-
        Start Date: 12-14-2017 XSTART
        Stop Date: 1-5-2018 XSTOP

___  Waiver of Speedy Indictment executed:  Time excluded from _____ through _____

___  Order Setting Conditions of Release and Bond executed for defendant. Special conditions apply. SEE BOND for details.

___  Temporary Order of Detention entered for defendant (s):

___  Detention Hearing scheduled for: _____

___  Bail Hearing scheduled for: _____ at _____

_X_  **Permanent Order of Detention entered for defendant.**

_X_  **Status Conference set for:** 1-5-2018 at 12:00 noon before District Judge Joanna Seybert.

___  Defendants continues on Bond. Conditions remain the same.

_X_  Defendant remains in custody.

___  Defendant released on bond.

**OTHER:** Mr. Zissou appointed CJA counsel for defendant.
**Defendants rights are preserved as to a bail hearing at a later date.**

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y.
★ DEC 14 2017 ★
LONG ISLAND OFFICE