UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X

UNITED STATES OF AMERICA,        [X]   **WAIVER OF SPEEDY TRIAL**
      [ ]   **ORDER OF EXCLUDABLE DELAY**

- against -

      CR-17-690 ( JS )

ZOOBIA SHAHNAZ

       Defendant.
------------------------------------------------X

      It is hereby stipulated that the time period from __12-14-2017__ to __1-5-2018__ be excluded in computing the time within which trial of the charges against the Defendant must commence.

      The parties agree to the exclusion of the foregoing period for the purposes of:

           [✓]     engagement in continuing plea negotiations; and/or

           [ ]     arrangement for an examination of the Defendant pursuant to 18 U.S.C. § 4241 regarding mental or physical capacity; and/or

           [ ]

      Accordingly, the parties request the Court to approve this exclusion from Speedy Trial computations.

---

      The Defendant has been fully advised by counsel of his/her rights guaranteed under the Sixth Amendment to the United States Constitution; the Speedy Trial Act of 1974, 18 U.S.C. §§ 3161–74; the Plan and Rules of this Court adopted pursuant to that Act; and Rule 50(b) of the Federal Rules of Criminal Procedure. The Defendant understands that he/she has a right to be tried before a jury within a specified time period, not counting excludable periods.

_____
Defendant

_____
Attorney for Defendant

_____
Assistant United States Attorney

---

      The Court approves this Speedy Trial Waiver and finds that this action serves the ends of justice and outweighs the best interest of the public and the Defendant in a speedy trial.

**SO ORDERED**

Dated:   December 14, 2017            s/ A. Kathleen Tomlinson
        Central Islip, NY 11722            **A. Kathleen Tomlinson**
                                                  **United States Magistrate Judge**